IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 14-05453/MCF |
| GABRIEL ENRIQUE RAMON RODRIGUEZ <br> NATALIA MICHELLE SANTOS RIVERA | CHAPTER 13 |
| DEBTOR(S) | |

## DEBTOR'S MOTION CONCERNING
## AMENDMENT TO SCHEDULE "F"

**TO THE HONORABLE COURT:**

NOW COME, **GABRIEL ENRIQUE RAMON RODRIGUEZ and NATALIA MICHELLE SANTOS RIVERA,** debtors through their undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1.

2. This amendment to Schedule F is **to include an unsecured creditor named AT&T Mobility, postal address, PO Box 536216, Atlanta, GA 30353-6216.**

WHEREFORE, the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Gabriel Enrique Ramon Rodriguez and Natalia Michelle Santos Rivera, to the creditor affected by the amendment: AT&T Mobility, PO Box 536216, Atlanta, GA 30353-6216; and creditors and parties in interest as per the attached master address list.

Page -2-
Amended Schedule F
14-05453/MCF13

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 3rd day of September, 2014.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE RAMON RODRIGUEZ, GABRIEL ENRIQUE & SANTOS RIVERA, NATALIA MICHELLE        Case No. **3:14-bk-5453**
                                    Debtor(s)                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0119** <br> **Asoc De Res De Ciudad Jardin De Juncos,** <br> **PO Box 219** <br> **San Juan, PR  00926-4143** | | J | Maintenance fees | | | | **1,089.41** |
| ACCOUNT NO. **9820** <br> **AT&T MOBILITY** <br> **PO Box 536216** <br> **Atlanta, GA  30353-6216** | | J | OPEN ACCOUNT | | | | **469.10** |
| ACCOUNT NO. **W192** <br> **Autoridad De Carreteras De Puerto Rico** <br> **Centro Procesamiento Multas AutoExpresso** <br> **PO Box 11889** <br> **San Juan, PR  00922-1889** | | J | #Ticket 13488291=$26.75; #Ticket 13488290=$25.50; #Ticket 12613269=$26.50; #Ticket 12533773=$26.50; #Ticket 12533772=$26.00; #Ticket 12533771=$26.00; #Ticket 12438789=$26.00; #Ticket 12425949=$26.50; #Ticket 12425948=$26.00; #Ticket 12425947=$26.00; #Ticket 12341027=$26.50; #Ticket 12277348=$26.00; #Ticket 12263383=$26.50; #Ticket 12233524=$26.00; #Ticket 11702860=$26.50 | | | | **393.25** |
| ACCOUNT NO. **5321** <br> **Banco Popular-Visa** <br> **PO Box 3228** <br> **San Juan, PR  00936** | | W | REVOLVING ACCOUNT OPENED 10/2009 | | | | **1,135.00** |

_2_ continuation sheets attached

Subtotal (Total of this page) $ **3,086.76**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE RAMON RODRIGUEZ, GABRIEL ENRIQUE & SANTOS RIVERA, NATALIA MICHELLE       Case No. 3:14-bk-5453
                                       Debtor(s)                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000<br>Coop Caguas<br>PO Box 1252<br>Caguas, PR  00726 | | W | INSTALLMENT ACCOUNT OPENED 5/2011 | | | | 3,011.00 |
| ACCOUNT NO. 2663<br>Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR  00940-1269 | | J | Lic: 4851938<br>#Ticket 30167732=$125.00; #Ticket 28364204=$25.00; #Ticket 28364203=$25.00; #Ticket 28364205= $50.00; #Ticket 27432199=$145.00; #Ticket 27030382= $50.00; #Ticket 27030380= $175.00; #Ticket 27030381=$50.00; #Ticket 28089049=$150.00; #Ticket 45241=$95.00; #Ticket 608608=$150.00; #Ticket 22612857=$25.00; #Ticket 522943= $250.00; #Ticket 2270504=$50.00; #Ticket 2270502=$50.00 | | | | 1,415.00 |
| ACCOUNT NO. 2663<br>Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR  00940-1269 | | J | #Ticket 716332=$15.00; #Ticket 126113269=$100.00; #Ticket 12533773=$100.00; #Ticket 12533772=$100.00; #Ticket 12533771=$100.00; #Ticket 12438789=$100.00; #Ticket 12425949=$100.00; #Ticket 12425948=$100.00; #Ticket 12425947=$100.00; #Ticket 12341027=$100.00; #Ticket 12277348=$100.00; #Ticket 12263383=$100.00; #Ticket 12233524=$100.00; #Ticket 11702860=$100.00 | | | | 1,315.00 |
| ACCOUNT NO. 8936<br>Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR  00940-1269 | | J | Lic 4658016<br>#Ticket 32358351=$250.00; #Ticket 32358352=$50.00; #Ticket 25579572=$180.00; #Ticket 25579574 =$50.00; #Ticket 25579573=$25.00 | | | | 555.00 |
| ACCOUNT NO. 2663<br>Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR  00940-1269 | | J | #Ticket 712142=$15.00; #Ticket 31942725=$250.00; #Ticket 698778=$15.00 | | | | 280.00 |
| ACCOUNT NO. 1942<br>Direct Tv<br>PO Box 6550<br>Englewood, CO  80155-6500 | | J | Services Cable Tv | | | | 223.84 |
| ACCOUNT NO.<br>NCO FINANCIAL<br>300 CALLE C STE 200 REXCO IND PARK<br>GUAYNABO, PR  00968-8061 | | | Assignee or other notification for:<br>Direct Tv | | | | |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 6,799.84

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE RAMON RODRIGUEZ, GABRIEL ENRIQUE & SANTOS RIVERA, NATALIA MICHELLE    Case No. 3:14-bk-5453
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5778<br>HIMA<br>Dpto De Cobros<br>PO Box 4980<br>Caguas, PR 00726-4980 | | J | Medical Expenses | | | | 50.00 |
| ACCOUNT NO. 4288<br>Monitronics<br>PO Box 814530<br>Dallas, TX 75381-4530 | | J | Alarm Services<br>Ref cliente: 66199144 | | | | 105.70 |
| ACCOUNT NO.<br>Monitronics<br>Dept Ch 8628<br>Palatine, IL 60055-8628 | | | Assignee or other notification for:<br>Monitronics | | | | |
| ACCOUNT NO.<br>Transworld Systems Inc<br>Agencia De Cobros<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | | | Assignee or other notification for:<br>Monitronics | | | | |
| ACCOUNT NO. L858<br>Municipio Autonomo De Caguas<br>Infraccion<br>PO Box 907<br>Caguas, PR 00726 | | J | #Infraccion: 6550283<br>Hyundai Elantra | | | | 50.00 |
| ACCOUNT NO. 1200<br>Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037 | | W | INSTALLMENT ACCOUNT OPENED 3/2007 | | | | 4,295.00 |
| ACCOUNT NO. 7514<br>Sears/cbna<br>PO Box 6189<br>Sioux Falls, SD 57117 | | W | REVOLVING ACCOUNT OPENED 4/2012 | | | | 855.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 5,355.70

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 15,242.30

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE RAMON RODRIGUEZ, GABRIEL ENRIQUE & SANTOS RIVERA, NATALIA MICHELLE       Case No. **3:14-bk-5453**
                                        Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR       *Sch "F"*

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 3, 2014**     Signature: _Gabriel Ramon_
                                          **GABRIEL ENRIQUE RAMON RODRIGUEZ**            Debtor

Date: **September 3, 2014**     Signature: _Natalia Santos_
                                          **NATALIA MICHELLE SANTOS RIVERA**       (Joint Debtor, if any)
                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Label Matrix for local noticing
0104-3
Case 14-05453-MCF13
District of Puerto Rico
Old San Juan
Wed Sep  3 10:29:14 AST 2014

COOP A/C CAGUAS
PO BOX 1252
CAGUAS, PR 00726-1252

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

American Airline Efcu
PO Box 619001
Dfw Airport, TX 75261-9001

American Airlines Credit Union
PO Box 619001
Dfw Airport, TX 75261-9001

Asoc De Res De Ciudad Jardin De Juncos,
PO Box 219
San Juan, PR  00926-4143

Autoridad De Carreteras De Puerto Rico
Centro Procesamiento Multas AutoExpresso
PO Box 11889
San Juan, PR  00922-1889

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

Banco Popular-Visa
PO Box 3228
San Juan, PR  00936

Coop Caguas
PO Box 1252
Caguas, PR 00726-1252

Depto De Transportacion Y Obras Publicas
PO Box 41269
San Juan, PR  00940-1269

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

HIMA
Dpto De Cobros
PO Box 4980
Caguas, PR  00726-4980

Monitronics
Dept Ch 8628
Palatine, IL  60055-8628

Monitronics
PO Box 814530
Dallas, TX  75381-4530

Municipio Autonomo De Caguas
Infraccion
PO Box 907
Caguas, PR 00726-0907

NCO FINANCIAL
300 CALLE C STE 200 REXCO IND PARK
GUAYNABO, PR  00968-8061

Navient Solutions, Inc. on behalf of USAF
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes-Barre, PA 18773-9430

Oriental Bank And Trus
PO Box 1952
Humacao, PR  00792

Oriental Bank Mortgage
PO Box 71578
San Juan, PR  00936-8678

Sallie Mae
11100 Usa Pkwy
Fishers, IN 46037-9203

Sears/cbna
PO Box 6189
Sioux Falls, SD 57117-6189

Transworld Systems Inc
Agencia De Cobros
507 Prudential Rd
Horsham, PA  19044-2308

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

GABRIEL ENRIQUE RAMON RODRIGUEZ
URB CIUDAD JARDIN
119 URAYOAN STREET
JUNCOS, PR 00777-4615

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

NATALIA MICHELLE SANTOS RIVERA
URB CIUDAD JARDIN
119 URAYOAN STREET
JUNCOS, PR 00777-4615

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct Tv
PO Box 6550
Englewood, CO 80155-6500

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR 00928-1382

End of Label Matrix
Mailable recipients 28
Bypassed recipients 1
Total 29