# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>GABRIEL ENRIQUE RAMON RODRIGUEZ<br>NATALIA MICHELLE SANTOS RIVERA<br><br>DEBTOR(S) | CASE NUMBER: **14-05453-MCF**<br><br>(CHAPTER 7) |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| RESIDENTIAL PROPERTY LOCATED AT CALLE URAYOAN 119, URB. CIUDAD JARDIN, JUNCOS, P.R. | $158,000.00 | $154,611.00 | $3,389.00 | $0.00 | $0.00 |
| 2012 HYUNDAI ELANTRA | $13,300.00 | $26,883.10 | $0.00 | $0.00 | $0.00 |
| 2013 HYUNDAI ACCENT | $11,765.00 | $17,999.25 | $0.00 | $0.00 | $0.00 |

Documents Included: Comparable Sales (X) Creditors Statement (X) Proof of Lien (X)

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AND PARITES IN INTEREST AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment:

1)      Property has no value or is burdensome to the Estate. No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fourteen (14) days of the mailing of this notice.

DATED:  October 10, 2014

/s/ Noemi Landrau-Rivera
Chapter 7 Trustee
PO Box 270219
San Juan, PR 00927-0219
Tel. (787) 774-0224
Fax. (787)793-1004

Date  06/30/2014

**LUIS ABREU & ASSOCIATES**
PUERTO RICO COMPARABLE SALES DATA SYSTEM
COMPARABLES SUMMARY LIST

Page 1 of 1

Municipality: JUNCOS

| Wardname | Street | Block | Saleprice | Appvalue | Date sold | Lotarea | Type | Const. | Age Act. | Effect. | Cond. | Story | Units | Rooms Bed | Bath | House Area | Carport | Other Imp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIUDAD JARDIN DE 2 ST. | | 433 | $158,500 | $160,000 | 05/29/2014 | 326 | D | RC | 1 | 1 | C1 | 1 | 1 | 3 | 2 | 1167 | 2CP | PCH |

CopyRight 2012-2013 All right reserved Luis Abreu & Associates - Phone 787-765-3243

ESTUDIO DE TITULO

CASO: LCDO. ROBERTO FIGUEROA CARRASQUILLO

NOMBRE: GABRIEL ENRIQUE RAMON RODRIGUEZ

ESTUDIO DE TITULO REALIZADO DE DOCUMENTOS PRESENTADOS, LOS CUALES ESTAN PENDIENTES DE CALIFICACION Y DESPACHO.

DESCRIPCION: URBANA; Solar #119 de la Urbanización Cuidad Jardín de Juncos, localizada en el Barrio Gurabo Abajo del Municipio de Juncos, Puerto Rico, con una cabida superficial de 325.50 metros cuadrados. En lindes por el NORTE: en una distancia de 15.500 metros con la calle #8 de dicha Urbanización; SUR: en una distancia de 15.500 metros con el solar #135; ESTE: en una distancia de 21.00 metros con el solar 118 y por el OESTE: en una distancia de 21.00 metros con el solar #120, todos los solares y las calles son del referido desarrollo Urbano. Enclava casa para fines residenciales.

Este solar esta afecto a una servidumbre de teléfono de 1.52 metros en su lado Norte, a favor de la Junta Reglamentadora de Telecomunicaciones de Puerto Rico.

DOMINIO: GABRIEL E. RAMON RODRIGUEZ y su esposa NATALIA MICHELLE SANTOS RIVERA, adquieren por compra que le hicieron a Loyola Construction Corporation por precio de $158,000.00, según escritura #1 de Segregación, Liberación y Compraventa otorgada en San Juan, Puerto Rico el 4 de enero del 2013 ante la notario Carmen L. Guerrero Tamayo. ESTE DOCUMENTO SE PRESENTO AL Asiento 5 del Diario 668 de Juncos, el día 15 de enero del 2013 y está pendiente de Calificación y Despacho.

CARGAS Y GRAVAMENES: Por su procedencia está afecta a servidumbres a favor de la A.A.A.; A, E.E.; Fajardo Sugar Growers Association. ; De paso; y Condiciones Restrictivas Méndez & Mojica Inc. Junta Reglamentadora de Teleco de PR.

POR SI ESTA AFECTA A:

Hipoteca en garantía de pagare a favor de Oriental Bank and Trust o a su orden por la suma de $158,163.00 con intereses al 3 ½% anual, vence el 1 de febrero del 2043, Se tasa en$158,163.00. Así resulta de la escritura #2 otorgada en San Juan, Puerto Rico el 4 de enero del 2013 ante la notario Carmen L. Guerrero Tamayo y se presento al Asiento 10 del Diario 668 el día 15 de enero del 2013 y está pendiente de Calificación y Despacho.

NO SOMOS RESPONSABLES DE DOCUMENTOS PRESENTADOS POR FAX O POR CORREO, NI POR ERRORES U OMICIONES DEL REGISTRO DE LA PROPIEDAD.

REVISADOS: LIBROS DE EMBARGOS ESTATALES, FEDERALES, SENTENCIAS, Ley #12, CRIM Y BITACORA ELECTRONICA

Hoy 7 de octubre del 2014.

LUZ CASTRO COLON.
INVESTIGADORA DE TITULOS

**Oriental**
MORTGAGE

PO Box 71578
San Juan, PR 00936-8678
www.orientalonline.com

**Estado de cuenta hipotecaria**

Fecha del estado: 06/19/2014

Servicio al cliente: (787) 706-6128 / (787) 706-6129
1-855-706-6128

20
NATALIA M SANTOS-RIVERA
GABRIEL E RAMON-RODRIGUEZ
URB CIUDAD JARDIN JUNCOS
119 CALLE URAYOAN
JUNCOS PR 00777-4615

| Número de cuenta | |
|---|---|
| Próximo pago vence en | 07/01/2014 |
| Cantidad a pagar | $2,416.88 |

*Si el pago es recibido después del 00/00/0000, se cobrará un cargo por demora de $0.00.*

| Información de la cuenta | |
|---|---|
| Principal adeudado | $154,611.39 |
| Tasa de interés | 3.5000% |
| Penalidad por saldo adelantado | N |

| Desglose de la Cantidad Total a Pagar | |
|---|---|
| Principal | $260.78 |
| Intereses | $449.44 |
| Reserva (contribuciones y seguros) | $51.78 |
| Otros | $0.00 |
| Pago mensual regular | $762.00 |
| Total de cargos | $130.88 |
| Pago(s) vencido(s) | $1,524.00 |
| Cantidad total a pagar (Incluye mes próximo) | $2,416.88 |

**Transacciones (Desde 05/20/2014 Hasta 06/19/2014)**

| Fecha | Descripción | Cargos (-) | Pagos (+) |
|---|---|---|---|
| 05/30/2014 | Pago parcial recibido * | | $238.00 |
| 05/30/2014 | Pago parcial recibido * | | $143.00 |
| 05/30/2014 | Pago recibido | | $762.00 |
| 06/02/2014 | Pago recibido | | $762.00 |
| 06/02/2014 | Pago parcial revertido * | $762.00 | |

**\*\* Aviso de Morosidad \*\***

Actualmente su préstamo hipotecario refleja atrasos en sus pagos. El no mantener su cuenta al día, puede conllevar cargos y hasta la pérdida de su hogar. Al

Para reclamaciones o solicitud de información puede escribirnos a: CFPB Mortgage Servicing PO Box 71578 San Juan, PR 00936-8678.



**Oriental**
MORTGAGE

Oriental Mortgage
PO BOX 71578
San Juan, PR 00936-8678

| Cantidad Adeudada | |
|---|---|
| Vence el 07/01/2014: | $2,416.88 |
| *Cargo por demora de $0.00 después del 00/00/0000* | |
| Cantidad total incluida | $ |

Haga el cheque a nombre de *Oriental Mortgage*

Si utiliza los servicios de Pago Automático o Débito Directo, no necesita este cupón.
Este estado no constituye un balance de cancelación.

00241688 06101 001063920 6

Case:14-05453-MCF7 Doc#:33 Filed:10/10/14 Entered:10/10/14 19:20:49 Desc: Main
Document Page 5 of 12

NADIA M SANTOS-RIVERA
06-101-001-0639206

Fecha del estado
06/19/2014

Oriental
MORTGAGE
Página 2 de 3

**Información sobre asesoría hipotecaria**

Si usted desea obtener asesoría hipotecaria, comuníquese con el Departamento de la Vivienda y Desarrollo Urbano de los Estados Unidos (HUD por sus siglas en inglés). Para obtener una lista de asesores u organizaciones de asesoría hipotecaria en su área, vaya a http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm o llame al 1-800-569-4287.

AVISO

Todo cheque, giro o cualquier otro instrumento negociable recibido por el Banco para ser abonado a su cuenta será aceptado sujeto a que su monto pueda ser cobrado. El sello del Receptor evidencia únicamente el recibo de un pago, no que el instrumento haya sido en efecto cobrado. El que el Banco reciba un pago con una hoja correspondiente a un mes determinado no constituye admisión de que el Banco haya recibido pagos anteriores o de que los pagos estén al día.

NOTICE

*All payments made by check, draft or any other negotiable item shall be accepted by the Bank subject to final collection. The Teller Stamp evidences receipt of the item on a certain date, but do not constitute evidence of collection thereof. The fact that the Bank accepts a payment with the coupon corresponding to a particular month does not constitute an admission by the Bank of the receipt of previous payments or that payments are up to date.*

**Oriental**
MORTGAGE

Fecha del estado 06/19/2014

Página 3 de 3

| Desglose de pagos anteriores | | |
|---|---|---|
| | Pagado el ciclo anterior | Pagos realizados durante el año corriente |
| Principal | $516.28 | $1,539.86 |
| Intereses | $904.16 | $2,721.46 |
| Reserva (contribuciones y seguros) | $103.56 | $261.68 |
| Otros | $0.00 | $0.00 |
| Cargos | $0.00 | $236.64 |
| Pago Parcial no aplicado * | $0.00 | $0.00 |
| Total | $1,524.00 | $4,759.64 |

**Mensaje Importante**

*Los pagos parciales se retendrán en la cuenta suspenso de su préstamo. Cuando se reciba el balance restante se aplicará al préstamo, según corresponda.

**\*\* Aviso de Morosidad \*\* - Continuación**

06/19/2014, su préstamo hipotecario refleja un atraso de 50 días.

*Historial de cuenta reciente desde 12/19/2013*

- *Pago vencido en 12/01/13: Pago realizado en 02/24/14*
- *Pago vencido en 01/01/14: Pago realizado en 03/31/14*
- *Pago vencido en 02/01/14: Pago realizado en 04/17/14*
- *Pago vencido en 03/01/14: Pago realizado en 05/30/14*
- *Pago vencido en 04/01/14: Pago realizado en 06/02/14*
- *Pago vencido en 05/01/14: Balance pendiente de $762.00*
- *Pago vencido en 06/01/14: Balance pendiente de $762.00*
- *Pago actual que vence en 07/01/14: $762.00*

*Adeuda un total de $2,416.88. Usted debe pagar esta cantidad para poner su préstamo al día.*

Si usted está enfrentando una situación económica adversa, refiérase a la información de consejería hipotecaria incluida en este estado de cuenta.



# Kelley Blue Book  The Trusted Resource®


2014 CHEVROLET CRUZE
NO CAR IN ITS CLASS OFFERS MORE WITH 10 STANDARD AIR BAGS.*
*Always use safety belts and child restraints. Children are safer when properly secured in a rear seat in the appropriate child restraint. See the Owner's Manual for more information.
Learn More

FIND NEW ROADS
Advertisement
Why ads?

## Used 2013 Hyundai Elantra Pricing Report



**Style:** GLS Sedan 4D
**Mileage:** 23,500

**Buy from a Private Party**



Fair Condition $12,100
Good Condition $13,300 ($266/mo.)*
Very Good Condition $13,700
Excellent Condition $14,200

Private Party Values valid for your area through 7/2/2014

### Vehicle Highlights

**Fuel Economy:** City 28/Hwy 38/Comb 32 MPG
**Doors:** 4
**Drivetrain:** FWD
**EPA Class:** Midsize Cars
**Country of Origin:** Korea

**Max Seating:** 5
**Engine:** 4-Cyl, 1.8 Liter
**Transmission:** Auto, 6-Spd w/Shftrnc
**Body Style:** Sedan
**Country of Assembly:** Korea

### Your Configured Options

Our pre-selected options, based on typical equipment for this car.
✓ Options that you added while configuring this car.

**Engine**
 4-Cyl, 1.8 Liter
**Transmission**
 Auto, 6-Spd w/Shftrnc
**Drivetrain**
 FWD

**Braking and Traction**
 Traction Control
 Stability Control
 ABS (4-Wheel)
**Comfort and Convenience**
 Keyless Entry
 Air Conditioning
 Power Windows
 Power Door Locks
 Cruise Control
**Steering**
 Power Steering
 Tilt & Telescoping Wheel

**Entertainment and Instrumentation**
 AM/FM Stereo
 MP3 (Single Disc)
 SiriusXM Satellite
**Safety and Security**
 Dual Air Bags
 Side Air Bags
 F&R Head Curtain Air Bags
**Wheels and Tires**
 Steel Wheels

### Glossary of Terms

**Suggested Retail Price** - Suggested Retail Price is representative of dealers' asking prices. It assumes that the vehicle has been fully reconditioned and takes into account the dealers' profit and costs for

**Tip:**

29 -1,010

SANTOS RIVERA, NATALIA MICHELLE
PO BOX 968
CAGUAS, PR 00726



**dtop**

2013 HYUNDAI ELANTRA GT NEGRO
Automovil (Privado), Auto Privado

| 11220815 | 03jun2013 | IEL858==== | 11244043 |

| 2013 | HYUN | ELN | NEG | *4 | *4 | *148 |

KMHDH4AE4DU732198    0    0

CG1061   RELFIN==4170326========   $21,204

jul 2014 a jun 2015        30jun2015
                           Expiración

SANTOS RIVERA, NATALIA MICHELLE
PO BOX 968
CAGUAS, PR 00726

URB CAMINO REAL
041 CALLE 5
CAGUAS, PR 00725

NO ES VALIDA SIN EL SELLO DE PAGO

4658016

| | |
|---|---|
| Multas | $0.00 |
| Derechos Anuales | $40.00 |
| ACAA | $35.00 |
| Renovacion | $10.00 |
| Seguro Oblig | $99.00 |
| **Importe total** | **$184.00** |

# RELIABLE AUTO

30 de junio de 2014

**NATALIA M SANTOS RIVERA**

Contrato Número: A93-852519

Estimado (a) Señor (a):

De conformidad con su solicitud, le detallamos la liquidación del contrato mencionado al epígrafe. La misma será efectiva hasta el día 30 de junio de 2014.

| | | |
|---|---|---|
| **Balance Bruto** : | $ | 32,330.00 |
| **Menos rebaja de** : | | |
| REB_FIN : | $ | 5,771.78 |
| **Sub-Total Rebajas** : | $ | 5,771.78 |
| Cargos Por Demoras : | ($ | 324.88) |
| Otros Cargos : | $ | .00 |
| **Sub-Total Cancelación** : | $ | 26,883.10 |
| **Miceláneos** : | | |
| **Sub-Total Miceláneos** : | | |
| **Total** : | $ | 26,883.10 |

Esta carta NO significa una liquidación final, ya que pueden existir cargos o créditos a la cuenta que aún no hayan sido ratificados.

Esperando que la información sea de conformidad, quedamos.

Atentamente,

EMANUEL RODRIGUEZ RODRIGUEZ
Firma Autorizada

**NOTA: DESEAMOS INFORMARLE QUE SI USTED HA SOMETIDO UNA RECLAMACION A SU COMPAÑIA DE SEGUROS, DEBE CONTINUAR EFECTUANDO SUS PAGOS MENSUALES HASTA TANTO PAGUE LA RECLAMACION DICHA COMPAÑIA.**

Box 21382   San Juan, PR . 00928-1382 TEL. (787)523-0000.

scrcance_10g

 

# Kelley Blue Book The Trusted Resource®

  

Advertisement                                                                 Why ads?

## Used 2013 Hyundai Accent Pricing Report

**Buy from a Private Party**



| Fair Condition | Good Condition | Very Good Condition | Excellent Condition |
|---|---|---|---|
| $10,715 | $11,765 ($235/mo.)* | $12,115 | $12,565 |

Private Party Values valid for your area through 7/2/2014



**Style:** GLS Sedan 4D
**Mileage:** 11,000

### Vehicle Highlights

Fuel Economy: City 28/Hwy 37/Comb 32 MPG

Max Seating: 5

Doors: 4

Engine: 4-Cyl, 1.6 Liter

Drivetrain: FWD

Transmission: Manual, 6-Spd

EPA Class: Compact Cars

Body Style: Sedan

Country of Origin: Korea

Country of Assembly: Korea

### Your Configured Options

Our pre-selected options, based on typical equipment for this car.
✓ Options that you added while configuring this car.

**Engine**
 4-Cyl, 1.6 Liter
**Transmission**
 Manual, 6-Spd
**Drivetrain**
 FWD

**Braking and Traction**
 Traction Control
 ABS (4-Wheel)
**Comfort and Convenience**
 Keyless Entry
 Air Conditioning
 Power Windows
 Power Door Locks
**Steering**
 Power Steering
 Tilt Wheel

**Entertainment and Instrumentation**
 AM/FM Stereo
 MP3 (Single Disc)
 SiriusXM Satellite
**Safety and Security**
 Dual Air Bags
 F&R Head Curtain Air Bags
**Wheels and Tires**
 Steel Wheels

### Glossary of Terms

**Suggested Retail Price** - Suggested Retail Price is representative of dealers' asking prices. It assumes that the vehicle has been fully reconditioned and takes into account the dealers' profit and costs for advertising. The final sale price will likely be less, depending on the car's actual condition, popularity, warranty and local market factors.

**Tip:**

Kelley Blue Book pricing is based on actual transactions

tp://www.kbb.com/hyundai/accent/2013-hyundai-accent/gls-sedan-4d/?condition=good&vehicleid=377904    7/1/2014

## Estado Libre Asociado de Puerto Rico
## DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
## DIRECTORÍA DE SERVICIOS AL CONDUCTOR
### PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES

www.dtop.gov.pr

**2013 HYUNDAI ACCENT GLS GRIS**
Automovil(Privado), Auto Privado
Descripción y Clasificación de Vehículo

| Registración | Fecha Registro | Tablilla | Título |
|---|---|---|---|
| 11153157 | 04feb2013 | ICW192==== | 11169722 |

| Año | Marca | Modelo | Color | Puertas | Cilin | Cab. Fuerza |
|---|---|---|---|---|---|---|
| 2013 | HYUN | ACC | GRO | *4 | *4 | *138 |

VIN (Número de Serie): KMHCT4AE7DU404767
Peso Desc: 0
Capacidad de Carga: 0

Dealer: CG1073    Venta Condicional: OBT===== 4102763========    Precio Contributivo: $15,838.78

Vigencia: abr 2014 a feb 2015    Marbete: ____    Expiración: 28 feb 2015

Dueño del Vehículo y Dirección Postal:
RAMON RODRIGUEZ, GABRIEL ENRIQUE
URB SABANERA DEL RIO
60 CALLE 14
GURABO, PR 00778

Dirección Residencial, solo si es diferente a Postal:
La Misma

Precio de Venta: $0.00    Licencia: 4851938    Estación de Inspección: 5352638

NO ES VALIDA SIN EL SELLO DE PAGO

20140404-11514800-391-10655-13007-000000000

### Relación de Multas Administrativas
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN | ORDEN O LEY |
|---|---|---|---|---|
| 716332 | 15ene2014 | $15.00 | 14 | O |
| 12613269 | 21nov2013 | $100.00 | 14 | E |
| 12533773 | 17nov2013 | $100.00 | 14 | E |
| 12533772 | 17nov2013 | $100.00 | 34 | E |
| 12533771 | 16nov2013 | $100.00 | 34 | E |
| 12438789 | 10nov2013 | $100.00 | 34 | E |
| 12425949 | 09nov2013 | $100.00 | 14 | E |
| 12425948 | 08nov2013 | $100.00 | 34 | E |
| 12425947 | 06nov2013 | $100.00 | 34 | E |
| 12341027 | 03nov2013 | $100.00 | 14 | E |
| 12277348 | 28oct2013 | $100.00 | 34 | E |
| 12263383 | 27oct2013 | $100.00 | 14 | E |
| 12233524 | 25oct2013 | $100.00 | 34 | E |
| 11702860 | 16sep2013 | $100.00 | 14 | E |

Multas: $1,315.00
Derechos Anuales: $40.00
ACAA: $35.00
Renovación: $10.00
Seguro Oblig: $99.00

**Importe Total: $1,499.00**

REQUIERE INSPECCION VEH DE MAS DE DOS AÑOS FABRICADO

---

### Esta es tu nueva y conveniente NOTIFICACIÓN

Podrá utilizar esta notificación de la misma manera que la tradicional forma impresa.

Ahora podrás adquirir tu marbete en:
- Institución Financiera (Banco o Cooperativas) participantes
- Colecturías
- Estaciones Oficiales de Inspección Participantes

Recuerde presentar ambos documentos
ORIGINAL-DUEÑO / COPIA-PUNTO DE VENTA

### INSTRUCCIONES AL CONTRIBUYENTE

1. Notifique cambios residencia y postal dentro de sesenta (60) días siguiente al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandonado por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículo uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 personas deberán cumplir con los requisitos de la Comisión de Servicios Públicos.
5. Radique en el Centro de Servicios al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por valor de diez (10) dólares. [Artículo 3.34 (e)]
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sellos de Renta Internas, más diez (10) dólares por traspaso tardío. [Artículo 2.34] Después de los treinta (30) días pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares de traspaso tardío, más cinco (5) dólares por cada mes o fracción de mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo. Multa $50.00.

---

### TRASPASO DE VEHÍCULO
Los traspasos de los vehículos registrados a partir del 7 de enero de 2001 deberán ser notarizados en el título solamente.

USE LETRA DE MOLDE

NOMBRE DEL VENDEDOR: _____

NOMBRE DEL COMPRADOR: _____

NÚMERO DE SEGURO SOCIAL: _____    NÚMERO DE LICENCIA: _____

Residencial:
Urbanización, Condominio o Barrio: _____
Número de Casa _____ Calle _____ Apartamento _____
Municipio _____ Zip Code _____

Postal:
Urbanización, Condominio o Barrio: _____
Número de Casa _____ Calle _____ Apartamento _____

AFIDAVIT NÚMERO: _____
Comparece _____

FIRMA DEL VENDEDOR (MARCA) O TESTIGO _____
FIRMA DEL COMPRADOR (MARCA) O TESTIGO _____

TABLILLA ASIGNADA: _____    MILLAJE ACTUAL: _____

SUSCRITO Y JURADO ANTE MI POR LOS COMPARECIENTES A QUIENES DOY FE CONOCER

Fecha: _____    Lugar: _____

ABOGADO NOTARIO _____    COLECTOR DE RENTAS INTERNAS O FUNCIONARIO AUTORIZADO DEL DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

NO ESCRIBIR EN ESTE LADO

# Oriental

Fecha: 30 de junio de 2014

Nombre: Gabriel Enrique Ramon Rodriguez
Dirección: Ciudad Jardin Juncos Casa 119
Calle Urayoan
Juncos, PR 00777

RE: 0324-

Estimado cliente:

Según solicitado, le informamos que el balance de cancelación del préstamo arriba indicado es $17,999.25.

El detalle del balance de cancelación es el siguiente:

| | |
|---|---|
| Cheques Devueltos: | $0.00 |
| Cargos por Demoras: | $73.40 |
| Ajuste al Principal por Seguro: | 0.00 |
| Ajuste de Interés Simple: | 0.00 |
| Principal e Interés | $17,925.85 |
| Balance de Cancelación | $17,999.25 |

Estos números de cancelación son efectivos hasta 07/10/2014, después de esta fecha, deberá solicitar nuevos números de cancelación.

La carta de cancelación le será enviada por correo mediante su solicitud, tan pronto su transacción sea formalizada.

Cordialmente,

Militza Soto Zayas
Firma Autorizada

142AUT0239(Rev03.08)

DIVISION DE FINANCIAMIENTO DE AUTOMOVILES
P.O. Box 364735, San Juan, Puerto Rico 00936-4745