**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**GABRIEL ENRIQUE RAMON RODRIGUEZ**
aka GABRIEL E RAMON RODRIGUEZ
**NATALIA MICHELLE SANTOS RIVERA**
aka NATALIA M SANTOS RIVERA

xxx−xx−2663
xxx−xx−8936

Debtor(s)

Case No. **14−05453 MCF**

Chapter **7**

FILED & ENTERED ON 10/24/14

### *ORDER DISCHARGING TRUSTEE AND RELEASING HIS BOND*

The instant case was converted to Chapter 7 on 9/4/14. The Chapter 13 Trustee has rendered a final report of his administration on 9/10/14. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

SO ORDERED.

In San Juan, Puerto Rico, this Friday, October 24, 2014 .

*Mildred Caban*
Mildred Caban Flores
United States Bankruptcy Judge